UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MARLON JOE LEWIS,

Petitioner,

v.

CONSTANCE REESE,
Warden FMC-Roc.,

Respondent.

Civil No. 01-450 (MJD/FLN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner, a federal prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He apparently is being held in custody pursuant to 18 U.S.C. § 4246, and is claiming that it is no longer appropriate to keep him in custody pursuant to that statute.

The Respondent is directed to make a return in writing, within 20 days from the date of this order, which shall address the issues raised by the Petitioner's habeas corpus application and show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to address the issues raised by the petition;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position on the issues raised by the petition, as well as Respondent's recommendation as to the need for an evidentiary hearing in this matter, in light of the requirements of federal statutes and other pertinent legal authority; and

FILED MAR 1 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Certified copies of any court records, prison records or other documentation that may be germane to the issues raised by the petition.

Absent compliance with this order within the 20-day time period, the Court will entertain a motion to grant the relief prayed for in said petition.

Also before the Court at this time is Petitioner's application for leave to proceed in forma pauperis, ("IFP"). (Docket No. 2.) Because Petitioner has already paid the full filing fee for this action, his IFP application will be DENIED AS MOOT.[1]

Dated: March 19, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

[1] The denial of Petitioner's IFP application at this time will not, by itself, preclude Petitioner from securing court-appointed counsel, if the Court later finds that he is entitled to legal representation in this matter.