UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marlon Joe Lewis,

Petitioner,

vs.

Constance Reese, Warden,
FMC-Rochester,

Respondent.

Civil 01-450 MJD/FLN

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 17, 2001, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that petitioner's application habeas corpus relief [#1] is DISMISSED without prejudice.

DATED: Sept 5, 2001.

Michael J. Davis
JUDGE MICHAEL J. DAVIS
United States District Court

FILED SEP 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK